UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Connie J. Perry,  Civil No. 07-4925 (PAM/JSM)

    Plaintiff,

v.  **ORDER**

SSI Disability,

    Defendant.

_____

The above matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Janie S. Mayeron dated May 19, 2008, that this action be dismissed without prejudice and that Plaintiff's Application to Proceed In Forma Pauperis be denied. No objections to the R&R were filed in the time period allowed. Based on the R&R and the files, records and proceedings herein, **IT IS HEREBY ORDERED** that**:**

1. The R&R (Docket No. 12) is **ADOPTED**;

2. Plaintiff's Application to Proceed In Forma Pauperis (Docket No. 2) is **DENIED**; and

3. This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Thursday, July 3, 2008

                                       *s/ Paul A. Magnuson*
                                       Paul A. Magnuson
                                       United States District Judge